# Order

Michigan Supreme Court
Lansing, Michigan

June 19, 2013

144977

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

        SC: 144977
        COA: 307865
        Kent CC: 99-007914-FC

IVAN RAFAEL SOTO,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the February 23, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

      CAVANAGH, J., would grant leave to appeal.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 19, 2013



Clerk

h0612